E-FILED
Thursday, 11 October, 2007 03:53:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

**FILED**

OCT 1 1 2007

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 07-40085 |
| | ) | |
| v. | ) | VIO: Title 18, United States Code, |
| | ) | Section 13; 625 ILCS 5/6-303(A) |
| FREDERICK A. FERGUSON | ) | |
| | ) | |
| Defendant, | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT I

On or about October 1, 2007, in the Central District of Illinois, the defendant,

**FREDERICK A. FERGUSON**

did operate a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his driver's license was revoked, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303(a) and in violation of Title 18, United States Code, Section 13.

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    /S/ Mary L. Fuhr
       MARY L. FUHR
       SPECIAL ASSISTANT U.S. ATTORNEY
       Rock Island Arsenal
       Rock Island, IL 61299-5000
       Telephone: 309/782-8443

1